# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

Clifford W. Taylor,
Chief Justice

129917

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SC: 129917
COA: 255728
Wayne CC: 04-000759-01

MAURICE D. DANIELS,
    Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the September 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk

s0406